IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03172-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-23,

    Defendants.

## ORDER

    This matter is before the Court on Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 6 Only and Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 17 and John Doe 18 Only.  After reviewing these filings and the record, it is

    ORDERED that Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 6 Only (ECF No. 17) and Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 17 and John Doe 18 Only (ECF No. 18) are **APPROVED**.  Defendants John Does 6, 17 and 18 are **DISMISSED WITH PREJUDICE**, and shall hereafter be taken off the case caption.

    Dated:  April 9, 2013.

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    WILEY Y. DANIEL,
                                    SENIOR UNITED STATES DISTRICT JUDGE