IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03172-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-5, 7-16, 19-23,

    Defendants.

## ORDER

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Does 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 19, 20, 21, 22 & 23 filed April 25, 2013.  After reviewing this Notice and the record, it is

ORDERED that Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Does 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 19, 20, 21, 22 & 23 (ECF No. 23) is **APPROVED**.  Defendants John Does 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 19, 20, 21, 22 and 23 are **DISMISSED WITHOUT PREJUDICE**.  The remaining Defendants, John Does 6, 17 and 18 were previously dismissed with prejudice by Order of April 9, 2013.  Since all Defendants have now been dismissed, it is

ORDERED that this case is **TERMINATED**.

Dated:  April 25, 2013.

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        WILEY Y. DANIEL,
                                        SENIOR UNITED STATES DISTRICT JUDGE