IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03172-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-5, 7-16, 19-23,

    Defendants.

## ORDER

This matter is before the Court on Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 21.  While John Doe 21 was previously dismissed without prejudice by Order of April 25, 2013 and the case was terminated, Plaintiff's Notice now states that Defendant John Doe 21 is dismissed with prejudice.  Accordingly, it is

ORDERED that the record shall now reflect that John Doe 21 is dismissed **WITH PREJUDICE**.

Dated:  June 10, 2013.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                SENIOR UNITED STATES DISTRICT JUDGE